*IN THE SUPREME COURT, STATE OF WYOMING*

**2020 WY 71**

*April Term, A.D. 2020*

*June 10, 2020*

| | |
|---|---|
| TINA J. SPENCER a/k/a TINA J. GOBLE,<br><br>Appellant<br>(Defendant),<br><br>v.<br><br>THE STATE OF WYOMING,<br><br>Appellee<br>(Plaintiff). | S-20-0051 |

### ORDER AFFIRMING THE DISTRICT COURT'S "ORDER REVOKING PROBATION AND IMPOSING SENTENCE"

[¶ 1]  **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Appellant filed this appeal to challenge the district court's September 13, 2019, "Order Revoking Probation and Imposing Sentence." Appellant admitted she violated her probation. The district revoked probation and imposed a sentence of 12 to 18 months on Appellant's two convictions for delivery of methamphetamine. Wyo.Stat.Ann. § 35-7-1031(a)(i).

[¶ 2]  On April 3, 2020, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief," which provided that Appellant "may file with this Court a *pro se* brief specifying the issues she would like the Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision" on this appeal. Appellant's *pro se* brief was due for filing on or before May 21, 2020. Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶ 3]   Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Order Revoking Probation and Imposing Sentence" should be affirmed.  It is, therefore,

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Tina J. Spencer a/k/a Goble, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the Uinta County District Court's September 13, 2019, "Order Revoking Probation and Imposing Sentence" be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 10th day of June, 2020.

BY THE COURT:

/s/

**MICHAEL K. DAVIS**
**Chief Justice**